**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 17-119 |
| v. | : | 18 U.S.C. § 2339A |
| SANTOS COLON | : | <u>I N F O R M A T I O N</u> |

The defendant having waived in open Court prosecution by Indictment, the Acting United States Attorney for the District of New Jersey charges:

From on or about June 30, 2015 to on or about August 14, 2015, in Camden County, in the District of New Jersey and elsewhere, the defendant, SANTOS COLON, did attempt to provide "material support and resources," as that term is defined in 18 U.S.C. 2339A(b), including, but not limited to, personnel and services, knowing and intending that they were to be used in preparation for and in carrying out a violation of Title 18, United States Code, Section 1116 (attempting to kill a foreign official, official guest, and internationally protected person).

In violation of Title 18, United States Code, Section 2339A.

William E. Fitzpatrick
WILLIAM E. FITZPATRICK
Acting United States Attorney

**CASE NUMBER: __________**

---

**United States District Court**
**District of New Jersey**

---

**UNITED STATES OF AMERICA**

**v.**

**SANTOS COLON**

---

# INFORMATION FOR

Title 18, United States Code, Section 2339A

---

**WILLIAM E. FITZPATRICK**
*ACTING UNITED STATES ATTORNEY, NEWARK, NEW JERSEY*

---

R. STEPHEN STIGALL
*ASSISTANT U.S. ATTORNEY*
*CAMDEN, NEW JERSEY*
*856-757-5026*

---